Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

**FILED**
AUG 24 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: FERNANDO RUIZ

Debtor(s)

Case No: 07-40994 EDJ 13

Chapter 13
**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $63.43 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 07-40994 EDJ13 | FERNANDO RUIZ<br>2825 MARKET ST.<br>OAKLAND, CA 94608 | $ DEBTOR | $ 63.43 |
| | Total Unclaimed Dividends | | $ 63.43 |

Dated: August 19, 2009

Martha G. Bronitsky, Chapter 13 Trustee